UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER KEITH JACKSON, By and through his Natural Mother and Legal Guardian, JUANITA JACKSON, )))) | |
| Plaintiffs, )) | |
| vs. )) | No. 4:06CV897-DJS |
| MISSOURI DEPARTMENT OF CORRECTIONS, STATE OF MISSOURI and UNKNOWN EMPLOYEES OF THE MISSOURI DEPARTMENT OF CORRECTIONS, ))))) | |
| Defendants. )) | |

## PARTIAL JUDGMENT

Pursuant to the order entered herein this day,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that plaintiffs' claims against defendants State of Missouri and the Missouri Department of Corrections are dismissed pursuant to Fed.R.Civ.P. 12(b)(1) and (6).

Dated this ___3rd___ day of August, 2006.

/s/Donald J. Stohr
UNITED STATES DISTRICT JUDGE